# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEMSA ULASIM ARACLARI SANAYI VE TICARET A.S., <br><br> Plaintiff <br><br> v. <br><br> TC NEVADA, LLC, MICHAEL HAGGERTY JOHN P. HAGGERTY, and OLGA F. HAGGERTY, <br><br> Defendants | Case No.: 2:18-cv-01738-APG-GWF <br><br> **Order Deeming Order to Show Cause Satisfied** |

In light of the response (ECF No. 11),

IT IS ORDERED that the order to show cause (ECF No. 3) is deemed satisfied and I will not dismiss this case for lack of subject matter jurisdiction at this time. However, the plaintiff remains responsible for proving that this court has subject matter jurisdiction over this case.

DATED THIS 21st day of September, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE