Steve Morris, NV Bar No. 1543
Ryan M. Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
Email: sm@morrislawgroup.com
Email: rml@morrislawgroup.com

Thomas J. Finn (*Pro Hac Vice*)
James E. Regan (*Pro Hac Vice*)
McCarter & English, LLP
185 Asylum Street
Hartford, CT 06119
Telephone: (860) 275-6771
Facsimile: (860) 560-5908
Email: tfinn@mccarter.com
Email: jregan@mccarter.com

Attorneys for Plaintiffs
TEMSA ULASIM ARACLARI SANAYI
VE TICARET A.S.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TEMSA ULASIM ARACLARI SANAYI VE TICARET A.S., <br><br>Plaintiff, <br><br>v. <br><br>TC NEVADA, LLC, MICHAEL HAGGERTY, JOHN P. HAGGERTY, and OLGA F. HAGGERTY, <br><br>Defendants. | Case No. 2:18-CV-01738-APG-GWF <br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S MOTION TO AMEND AND VACATE HEARING** |

///

///

///

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., STE. 360 · LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

The parties stipulate and agree that (1) plaintiff's motion for leave to amend complaint and add defendant (ECF No. 27) is hereby withdrawn; and (2) the hearing on the motion set for April 9, 2019 at 9:30 a.m. may be vacated by the Court.

March 28th, 2019.
MORRIS LAW GROUP

By: /s/ Ryan M. Lower
Ryan M. Lower
NV Bar No. 9108
411 E. Bonneville Ave, Suite 360
Las Vegas, Nevada 89101

MCCARTER & ENGLISH, LLP
Thomas J. Finn
(*Pro Hac Vice*)
James E. Regan
(*Pro Hac Vice*)
185 Asylum Street
Hartford, CT 06119

*Attorneys for Plaintiff*

March 28th, 2019.
GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Dione C. Wrenn
Dione C. Wrenn
NV Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 3/29/2019

2

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS LAW GROUP, and that the following documents were served via CM/ECF and/or deposited for mailing in the U.S. Mail, a true and correct copy of the foregoing, **STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S MOTION TO AMEND AND VACATE HEARING**, in a prepaid and addressed.

TO:

ROBERT E. SCHUMACHER, ESQ.
DIONE C. WRENN, ESQ.
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Tel: (702) 577-9319
Fax: (702) 255-2858
Email: rschumacher@grsm.com
Email: dwrenn@grsm.com

Attorney for Defendants
TC Nevada, LLC, Michael Haggerty, John P. Haggerty, and Olga F. Haggerty

DATED this 28th day of March, 2019.

By: /s/ *Gabriela Mercado*
Employee of Morris Law Group