LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA T. OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 phone
(702) 382-1512 fax
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com
*Attorneys for Defendants TC Nevada, LLC,
Michael Haggerty, John P. Haggerty, and
Olga F. Haggerty*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEMSA ULASIM ARACLARI SANAYI VE TICARET A.S., <br><br> Plaintiff, <br><br> vs. <br><br> TC NEVADA, LLC, MICHAEL HAGGERTY, JOHN P. HAGGERTY, and OLGA P. HAGGERTY <br><br> Defendants. | CASE NO.: 2:18-cv-01738-APG-GWF <br><br> **JOINT STATUS REPORT RE: STATUS OF STAY (NO.1)** <br><br> **ORDER** |

Pursuant to the Order Granting the Stipulation to Stay Case (ECF No. 48), the parties hereby file their Joint Status Report. The parties represent that the New York Arbitration may be decided upon Temsa's Motion for Summary Judgment on which oral argument was recently held and supplemental briefing is due on March 4, 2020. If summary judgment is not granted, the parties expect that evidentiary hearings will be

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

1  scheduled in the very near term. In either event, the parties estimate that a written
2  decision is likely to be made 60-90 days from the filing of this instant Joint Status Report.

WHEREFORE the parties respectfully request that the stay be continued, pending the outcome of the New York Arbitration.

March 13th , 2020.

MORRIS LAW GROUP

By: _/s/ Ryan M. Lower_____
Ryan M. Lower
NV Bar No. 9108
411 E. Bonneville Ave, Suite 360
Las Vegas, Nevada 89101

MCCARTER & ENGLISH, LLP
Thomas J. Finn, (*Pro Hac Vice*)
James E. Regan, (*Pro Hac Vice*)
185 Asylum Street
Hartford, CT 06119

Attorneys for Plaintiff

March 13th , 2020.

LIPSON NEILSON P.C.

By: _/s/_ Angela T. Ochoa_____
Angela T. Ochoa
NV Bar No. 10164
9900 Covington Cross Drive, Suite. 120
Las Vegas, Nevada 89144

Attorneys for Defendants

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 13, 2020.

ME1 32767952v.1