# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEMSA ULASIM ARACLARI SANAYI VE TICARET A.S., <br><br> Plaintiff <br><br> v. <br><br> TC NEVADA, LLC, MICHAEL HAGGERTY JOHN P. HAGGERTY, and OLGA F. HAGGERTY, <br><br> Defendants | Case No.: 2:18-cv-01738-APG-EJY <br><br> **Order for Status Report** |

I ORDER the parties to file a status report by July 30, 2021.

DATED this 9th day of July, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE