# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEMSA ULASIM ARACLARI SANAYI VE TICARET A.S.,<br><br>Plaintiff<br><br>v.<br><br>TC NEVADA, LLC, MICHAEL HAGGERTY JOHN P. HAGGERTY, and OLGA F. HAGGERTY,<br><br>Defendants | Case No.: 2:18-cv-01738-APG-EJY<br><br>**Order Lifting Stay** |

Based on the parties' response to my order to show cause, I will not administratively close this case.

I HEREBY ORDER that the stay of the case I previously imposed (ECF No. 49) is lifted. The parties shall confer about discovery and submit for Magistrate Judge Youchah's consideration a new discovery plan and scheduling order by March 17, 2023.

DATED this 27th day of February, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE