LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA N. OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 phone
(702) 382-1512 fax
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com
*Attorneys for Defendants TC Nevada, LLC, Michael Haggerty, John P. Haggerty, and Olga F. Haggerty*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEMSA ULASIM ARACLARI SANAYI VE TICARET A.S.,<br><br>Plaintiff,<br><br>vs.<br><br>TC NEVADA, LLC, MICHEAL HAGGERTY, JOHN P. HAGGERTY, and OLGA P. HAGGERTY<br><br>Defendants. | CASE NO.: 2:18-cv-01738-APG-GWF<br><br>**STIPULATION AND ORDER TO SUBSTITUTE GORDON & REES, LLP AS COUNSEL OF RECORD IN PLACE OF LIPSON NEILSON P.C.** |

///
///
///
///
///
///
///

## STIPULATION AND ORDER TO SUBSTITUTE GORDON REES, LLP AS COUNSEL OF RECORD IN PLACE OF LIPSON NEILSON P.C.

Robert E. Schumacher, Esq. and Thierry V. Barkley, Esq. do hereby agree to be substituted in the place of Joseph P. Garin, Esq. and Angela N. Ochoa, Esq. of LIPSON NEILSON P.C., as attorneys of record for TC NEVADA, LLC, MICHAEL HAGGERTY, JOHN P. HAGGERTY, and OLGA P. HAGGERTY in the above-entitled matter.

Dated this 8th day of September, 2023.

GORDON & REES, LLP

By: _____
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
THIERRY V. BARKLEY, ESQ.
Nevada Bar No. 724
300 S. Fourth St., Suite 1550
Las Vegas, Nevada 89101
*Defendants TC Nevada, LLC,*
*Michael Haggerty, John P. Haggerty, and*
*Olga F. Haggerty*

Joseph P. Garin, Esq. and Angela N. Ochoa, Esq. do hereby consent to the substitution of Robert E. Schumacher, Esq. and Thierry V. Barkley, Esq. of GORDON & REES, LLP as attorneys of record in the above-entitled matter.

Dated this 21st day of September 2023.

LIPSON NEILSON P.C.

By: _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA N. OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
*Attorneys for Defendants TC Nevada, LLC,*
*Michael Haggerty, John P. Haggerty, and*
*Olga F. Haggerty*

TC NEVADA, LLC consents to the Substitution of GORDON & REES, LLP as attorneys of record in place of LIPSON NEILSON P.C.

Dated this 20TH day of September, 2023.

_____
REPRESENTATIVE FOR TC NEVADA, LLC

Michael Haggerty consents to the Substitution of GORDON & REES, LLP as attorneys of record in place of LIPSON NEILSON P.C.

Dated this 20th day of September, 2023.

_____
MICHAEL HAGGERTY

John P. Haggerty consents to the Substitution of GORDON & REES, LLP as attorneys of record in place of LIPSON NEILSON P.C.

Dated this _____ day of September, 2023.

_____
JOHN P. HAGGERTY

Olga P. Haggerty consents to the Substitution of GORDON & REES, LLP as attorneys of record in place of LIPSON NEILSON P.C.

Dated this _____ day of September, 2023.

_____
OLGA P. HAGGERTY

Submitted by:

LIPSON NEILSON P.C.

/s/ Angela Ochoa
_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA N. OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
*Attorneys for Defendants TC Nevada, LLC, Michael Haggerty, John P. Haggerty, and Olga F. Haggerty*

**IT IS SO ORDERED**

DATED: September 22, 2023

_____
**UNITED STATES DISTRICT JUDGE**