```
1    KAEMPFER CROWELL
     Ryan M. Lower, No. 9108
2    Raleigh C. Thompson, No. 11296
     1980 Festival Plaza Drive, Suite 650
3    Las Vegas, Nevada  89135
     Telephone: (702) 792-7000
4    Facsimile:  (702) 796-7181
     Email: rlower@kcnvlaw.com
5    Email: rthompson@kcnvlaw.com

6    Thomas J. Finn (Pro Hac Vice)
     James E. Regan (Pro Hac Vice)
7    Gregory A. Hall (Pro Hac Vice)
     McCarter & English, LLP
8    185 Asylum Street
     Hartford, CT 06119
9    Telephone: (860) 560-5908
     Facsimile:  (860) 560-5908
10   Email: tfinn@mccarter.com
     Email: jregan@mccarter.com
11   Email: grhall@mccarter.com

12   Attorneys for Plaintiff
     TEMSA ULASIM ARACLARI
13   SANAYI VE TICARET A.S.
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEMSA ULASIM ARACLARI SANAYI VE TICARET A.S., <br><br> Plaintiff, <br><br> vs. <br><br> TC NEVADA, LLC, MICHAEL HAGGERTY, JOHN P. HAGGERTY, AND OLGA F. HAGGERTY, <br><br> Defendants. | Case No.  2:18-cv-01738-APG-EJY <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE (ECF No. 91)** <br><br> **(FIRST REQUEST)** |

Plaintiff Temsa Ulasim Araclari Sanayi Ve Ticaret A.S. ("Temsa") and

Defendants TC Nevada, LLC, Michael Haggerty, John P. Haggerty, and Olga F.

Haggerty (collectively "Defendants") stipulate to extend the time to reply to Defendants Opposition to Plaintiff's Motion to Strike Defendants' Expert Witness Designation and Accompanying Expert Witness Reports and Motion to Exclude Defendants' Intended Expert Witness Testimony (ECF No. 91). The reply is currently due on April 1, 2024. The parties have agreed to an extension from April 1, 2024 to April 8, 2024 for Plaintiff to file a reply to Defendants opposition. This is the first stipulation between the parties for an extension of time for Plaintiff to reply to Defendants opposition, and this stipulation is made in good faith and not for any delay.

| DATED: March 28, 2024 | DATED: March 28, 2024 |
|---|---|
| *(signature)* | *Thierry V. Barkley* |
| KAEMPFER CROWELL<br>Ryan M. Lower, No. 9108<br>Raleigh C. Thompson, No 11296<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>James E. Regan, Esq. (*Pro Hac Vice*)<br>Thomas J. Finn, Esq. (*Pro Hac Vice*)<br>McCarter & English, LLP<br>185 Asylum Street<br>Hartford, Connecticut 06119<br><br>*Attorneys for Plaintiff Temsa Ulasim Araclari Sanayi Ve Ticaret A.S.* | GORDON REES SCULLY MANSUKHANI, LLP<br>Robert R. Schumacher, Esq.<br>Thierry V. Barkley, Esq.<br>1 E. Liberty Street, Suite 424<br>Reno, NV 89509<br><br>*Attorney for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: March 28, 2024