KAEMPFER CROWELL
Ryan M. Lower, No. 9108
Raleigh C. Thompson, No. 11296
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rlower@kcnvlaw.com
Email: rthompson@kcnvlaw.com

Thomas J. Finn *(Pro Hac Vice)*
James E. Regan *(Pro Hac Vice)*
Gregory A. Hall *(Pro Hac Vice)*
McCarter & English, LLP
185 Asylum Street
Hartford, CT 06119
Telephone: (860) 560-5908
Facsimile: (860) 560-5908
Email: tfinn@mccarter.com
Email: jregan@mccarter.com
Email: grhall@mccarter.com

*Attorneys for Plaintiff*
*TEMSA ULASIM ARACLARI*
*SANAYI VE TICARET A.S.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TEMSA ULASIM ARACLARI SANAYI VE TICARET A.S., <br><br> Plaintiff, <br><br> vs. <br><br> TC NEVADA, LLC, MICHAEL HAGGERTY, JOHN P. HAGGERTY, AND OLGA F. HAGGERTY, <br><br> Defendants. | Case No. 2:18-cv-01738-APG-EJY <br><br> **STIPULATION TO EXTEND DISCOVERY DEADLINES** <br><br> **(EIGHTH REQUEST)** |

1  Pursuant to LR IA 6-1 and LR 26-3, the Parties stipulate and agree to extend the deadlines set forth in the current Discovery Plan and Scheduling Order (ECF 99, filed May 20, 2024), subject to the Court's approval. Specifically, the Parties respectfully request a thirty-five (35) day extension for the close of discovery until September 13, 2024, and a thirty-eight (38) day extension of the deadline to file dispositive motions until October 14, 2024.

The Parties represent that good cause exists for extending the discovery deadlines, as noted herein, where the Parties require additional time to complete necessary depositions of key fact witnesses, including non-parties, for which depositions have been scheduled. Moreover, additional time would allow the Parties an opportunity to attempt to resolve pending discovery disputes without the need for Court intervention. The Parties have been unable to complete discovery due to scheduling conflicts which arose, impacting counsel for Plaintiff and key witnesses to this case from both sides who are involved in another concurrently pending matter which is schedule for trial, *Cappello Global, LLC v. Temsa Ulasim Araclari Sanayi Ve Ticaret A.S. et al*, Docket No. 2:19-cv-10710-MEMF-KS (C. D. Cal. Dec. 18, 2018) (the "California Matter"). Finalizing the deposition schedule has also been complicated by the fact that Temsa has been unable to locate and serve at least two witnesses who are expected to testify at trial. Further, Defendants filed their Ninth Supplement to Initial Disclosures on July 18, 2024, and identified an additional witness that the Parties will need to depose. Additional time would allow the Parties to conduct the requisite depositions and complete all remaining discovery. Additional time would also allow the Parties to further engage in settlement negotiations. In further support of their request for an extension of time, the Parties

state as follows:

## I. INTRODUCTION

As this Court is aware, while this matter was commenced in 2018, it was stayed for a period of more than three (3) years between January 16, 2020, until February 27, 2023, in hope that the conclusion of a then-pending and now complete arbitration, together with the California Matter, may obviate the need to proceed with this matter in its entirety. *See* ECF No. 48. When it became apparent that the arbitration would not resolve the issues in this dispute, the Parties requested that the stay here be lifted. *See* ECF No. 64. After the Court lifted its stay (ECF No. 65), the Parties diligently proceeded with discovery, and have requested four extensions of the scheduling order—all of which have been granted upon a showing of good cause, including the substitution of new defense counsel. *See* ECF Nos. 77, 84, 88, and 99. While this stipulation is the Parties' eighth request for an extension of time, three of the prior requests for an extension pre-date the stay in this case. *See* ECF Nos. 37, 44, 46.

## II. PRIOR DISCOVERY COMPLETED

The Parties have been working diligently to complete discovery, as demonstrated below:

- Plaintiff served its Initial Disclosures on January 25, 2019;
- Defendants served their Initial Disclosures on January 25, 2019;
- Defendants served their First Supplement to Initial Disclosures on March 19, 2019;
- Defendants served their First Set of Interrogatories and First Set of Request for Production of Documents on March 19, 2019;

- Plaintiff served its First Set of Interrogatories and First Set of Requests for Production of Documents on April 9, 2019;

- Plaintiff served its Responses to Defendants' First Set of Interrogatories and First Set of Requests for Production of Documents on May 22, 2019;

- Plaintiff served its First Supplement to Initial Disclosures on May 22, 2019;

- Defendants served their Second Supplement to Initial Disclosures on June 14, 2019;

- Defendants served their Responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents on June 23, 2019;

- Defendant John P. Haggerty served his Second Set of Interrogatories, First set of Requests for Admissions, and First Set of Requests for Production of Documents to Plaintiff on July 19, 2019;

- Defendants served their Third Supplement to Initial disclosures on July 19, 2019;

- Defendants served their Fourth Supplement to Initial Disclosures on July 26, 2019;

- Plaintiff served its Responses to John P. Haggerty's Second Set of Interrogatories; First Set of Requests for Admissions, and First Set of Requests for Production of Documents to Plaintiff on October 8, 2019;

- Defendant John P. Haggerty served his Second Set of Requests for Admissions and Second Set of Requests for Production of Documents.
- Defendants served their Fifth Supplement to Initial Disclosures on November 14, 2019;
- Plaintiff served its responses to John Haggerty's Request for Admissions and Second Set of Request for Production of Documents on December 2, 2019;
- John P. Haggerty served his Third Set of Request for Production of Documents on March 20, 2023;
- Plaintiff served its responses to John P. Haggerty's Third Set of Requests for Production of Documents on April 19, 2023; and
- Defendants served their Sixth Supplement to Initial Disclosures on May 31, 2023;
- Defendants served their Seventh Supplement to Initial Disclosures on December 11, 2023;
- Defendant TC Nevada, LLC served its Second Interrogatories on December 12, 2023;
- Plaintiff served its Second Supplement to Initial Disclosures on December 19, 2023;
- Plaintiff served its Responses to Defendant TC Nevada, LLC's Second Set of Interrogatories on January 12, 2023;
- Plaintiff served its Disclosure of Expert Witness Fatih Kozan on January 10, 2024;

- Plaintiff served its Disclosure of Expert Witness Randy Angell on January 10, 2024;
- Defendants served its Designation of Expert Witnesses on January 10, 2024;
- Defendants served their Eighth Supplement to Initial Disclosures on February 20, 2024;
- This Court granted in part and denied in part Plaintiff's Motion to Strike Defendants' Expert Witness Testimony and Reports (ECF No. 97 filed on April 30, 2024); and
- Defendants served their Ninth Supplement to Initial Disclosures on July 18, 2024.

### III. DISCOVERY THAT REMAINS TO BE COMPLETED

- Depositions of Parties and third-party witnesses;
- Discovery of documents in the possession, custody or control of others, which are currently the subject of pending discovery disputes that counsel it attempting to resolve without the Court's intervention; and
- Depositions of experts.

### IV. REASONS DISCOVERY IS NOT COMPLETED

Since the Court's most recent extension of the scheduling order (ECF 99, filed May 20, 2024), the Parties have continued to address remaining discovery disputes without Court intervention. The Parties have made good faith efforts to prepare for and schedule depositions based on the availability of the Parties, third-party witnesses, and counsel. However, the Parties have amended the deposition

schedule on several occasions. Specifically, the Parties had to reschedule the depositions of all named Defendants due to a funeral that impacted their availability. Further, Temsa has been unable to locate and serve several individuals who are expected to testify at trial, which has complicated its ability to depose such individuals. Temsa is continuing its efforts to locate and serve these individuals. The Defendants also filed their Ninth Supplement to Initial Disclosures on July 18, 2024, and identified an additional witness who needs to be deposed before potentially testifying at trial. Defendant's trial expert Karl Schulze was scheduled to testify in both the California action and in this action on the same day. It became apparent that this would not be possible since Plaintiff's counsel anticipated a full day session. The Parties have now scheduled depositions for nearly all applicable witnesses but, due to the reasons listed above, many depositions are scheduled beyond the current discovery deadline. The Parties have also recently engaged in settlement negotiations, and an extension of the current deadlines would allow the Parties more time to explore possible settlement.

In light of the foregoing, an extension of time would be in the interest of all Parties, and would promote judicial economy by allowing the Parties an opportunity to resolve pending discovery disputes and conduct all depositions. The Parties intend that this will be the last request to amend the scheduling order.

V.   **PROPOSED SCHEDULE**

| | |
|---|---|
| Close of Discovery | September 13, 2024 |
| Dispositive Motions | October 14, 2024 |
| Joint Pre-Trial Order | Sixty (60) days after the Court's ruling on all dispositive motions |

## VI. CONCLUSION

Based upon the foregoing, the Parties respectfully request that this Court issue an Order extending discovery as set forth above.

DATED: August 5, 2024

KAEMPFER CROWELL

/s/ Ryan M. Lower

Ryan M. Lower., Bar No. 9108
Raleigh C. Thompson, Bar No. 11296
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

McCARTER & ENGLISH, LLP
James E. Regan, Esq. (*Pro Hac Vice*)
Thomas J. Finn, Esq. (*Pro Hac Vice*)
McCarter & English, LLP
185 Asylum Street
Hartford, Connecticut 06119

*Attorneys for Plaintiff*

DATED: August 5, 2024

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Thierry V. Barkley*

Robert R. Schumacher, Bar No. 7504
Thierry V. Barkley, Bar No. 724
1 E. Liberty Street, Suite 424
Reno, Nevada 89509

*Attorney for Defendants*

### ORDER

IT IS SO ORDERED; provided, however, no further extensions of discovery will be granted absent extraordinary unforeseen circumstances.

U.S. MAGISTRATE JUDGE

DATED: August 5, 2024