KAEMPFER CROWELL
Ryan M. Lower, No. 9108
Raleigh C. Thompson, No. 11296
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rlower@kcnvlaw.com
Email: rthompson@kcnvlaw.com

Thomas J. Finn *(Pro Hac Vice)*
James E. Regan *(Pro Hac Vice)*
Gregory A. Hall *(Pro Hac Vice)*
McCarter & English, LLP
185 Asylum Street
Hartford, CT 06119
Telephone: (860) 560-5908
Facsimile: (860) 560-5908
Email: tfinn@mccarter.com
Email: jregan@mccarter.com
Email: grhall@mccarter.com

*Attorneys for Plaintiff*
*TEMSA ULASIM ARACLARI*
*SANAYI VE TICARET A.S.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEMSA ULASIM ARACLARI SANAYI VE TICARET A.S.,<br><br>Plaintiff,<br><br>vs.<br><br>TC NEVADA, LLC, MICHAEL HAGGERTY, JOHN P. HAGGERTY, AND OLGA F. HAGGERTY,<br><br>Defendants. | Case No. 2:18-cv-01738-APG-EJY<br><br>**STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**(ELEVENTH REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-3, the Parties stipulate and agree to extend the deadlines set forth in the current Discovery Plan and Scheduling Order (ECF 113, filed October 29, 2024), subject to the Court's approval. Specifically, the Parties respectfully request an eleven (11) day extension, to file their respective dispositive motions from December 30, 2024 to Friday January 10, 2024.

The Parties represent that good cause exists for this limited deadline for an additional ten days.

As of this date the Plaintiff has noticed and completed the additional depositions of Shawn Mackin, Steve Sacamos and Martin Barrett.

Both parties and their respective trial counsel seek this short extension due to intervening events. Plaintiff's lead counsel and this team are involved in the pretrial preparation in the subject *Cappello Global LLC v. Temsa* matter (DocketNo. 2:19-cv-10710-MEMF-KS (C.D. Dist. Dec. 18, 20218). Defendant's lead trial counsel has encountered a staffing problem with the holiday season and his personal secretary taking a medical leave during the last week in December 2024 from December 26th through December 31st.

## I. INTRODUCTION

As this Court is aware, while this matter was commenced in 2018, it was stayed for a period of more than three (3) years between January 16, 2020, until February 27, 2023, in hope that the conclusion of a then-pending and now complete arbitration, together with a separate case involving parties from both sides in the United States District Court for the Central District of California,[1] may obviate the

---

[1] *Cappello Global, LLC v. Temsa Ulasim Araclari Sanayi Ve Ticaret A.S. et al*, Docket No. 2:19-cv-10710-MEMF-KS (C. D. Cal. Dec. 18, 2018).

need to proceed with this matter in its entirety. *See* ECF No. 48. When it became apparent that the arbitration would not resolve the issues in this dispute, the Parties requested that the stay here be lifted. *See* ECF No. 64. After the Court lifted its stay (ECF No. 65), the Parties diligently proceeded with discovery, and have requested seven extensions of the scheduling order—all of which have been granted upon a showing of good cause, including the substitution of new defense counsel. *See* ECF Nos. 77, 84, 88, 99, 101, 104, and 113. While this stipulation is the Parties' eleventh request for an extension of time, three of the prior requests for an extension pre-date the stay in this case. *See* ECF Nos. 37, 44, & 46. Moreover, the parties have taken all remaining depositions and do not anticipate extending the discovery deadline.

## II. PRIOR DISCOVERY COMPLETED

The Parties have been working diligently to complete discovery, as demonstrated below:

- Plaintiff served its Initial Disclosures on January 25, 2019;
- Defendants served their Initial Disclosures on January 25, 2019;
- Defendants served their First Supplement to Initial Disclosures on March 19, 2019;
- Defendants served their First Set of Interrogatories and First Set of Request for Production of Documents on March 19, 2019;
- Plaintiff served its First Set of Interrogatories and First Set of Requests for Production of Documents on April 9, 2019;

- Plaintiff served its Responses to Defendants' First Set of Interrogatories and First Set of Requests for Production of Documents on May 22, 2019;
- Plaintiff served its First Supplement to Initial Disclosures on May 22, 2019;
- Defendants served their Second Supplement to Initial Disclosures on June 14, 2019;
- Defendants served their Responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents on June 23, 2019;
- Defendant John P. Haggerty served his Second Set of Interrogatories, First set of Requests for Admissions, and First Set of Requests for Production of Documents to Plaintiff on July 19, 2019;
- Defendants served their Third Supplement to Initial disclosures on July 19, 2019;
- Defendants served their Fourth Supplement to Initial Disclosures on July 26, 2019;
- Plaintiff served its Responses to John P. Haggerty's Second Set of Interrogatories; First Set of Requests for Admissions, and First Set of Requests for Production of Documents to Plaintiff on October 8, 2019;
- Defendant John P. Haggerty served his Second Set of Requests for Admissions and Second Set of Requests for Production of Documents.

ME1 50814589v.1
Eleventh Stipulation to Extend Discovery_MSJ Deadlines(95678280.3) - 11/23/2024 10:15 AM

- Defendants served their Fifth Supplement to Initial Disclosures on November 14, 2019;
- Plaintiff served its responses to John Haggerty's Request for Admissions and Second Set of Request for Production of Documents on December 2, 2019;
- John P. Haggerty served his Third Set of Request for Production of Documents on March 20, 2023;
- Plaintiff served its responses to John P. Haggerty's Third Set of Requests for Production of Documents on April 19, 2023; and
- Defendants served their Sixth Supplement to Initial Disclosures on May 31, 2023;
- Defendants served their Seventh Supplement to Initial Disclosures on December 11, 2023;
- Defendant TC Nevada, LLC served its Second Interrogatories on December 12, 2023;
- Plaintiff served its Second Supplement to Initial Disclosures on December 19, 2023;
- Plaintiff served its Responses to Defendant TC Nevada, LLC's Second Set of Interrogatories on January 12, 2023;
- Plaintiff served its Disclosure of Expert Witness Fatih Kozan on January 10, 2024;
- Plaintiff served its Disclosure of Expert Witness Randy Angell on January 10, 2024;

- Defendants served their Designation of Expert Witnesses on January 10, 2024;
- Defendants served their Eighth Supplement to Initial Disclosures on February 20, 2024;
- This Court granted in part and denied in part Plaintiff's Motion to Strike Defendants' Expert Witness Testimony and Reports (ECF No. 97 filed on April 30, 2024);
- Defendants served their Ninth Supplement to Initial Disclosures on July 18, 2024; and
- The Parties have deposed the following individuals: Olga Haggerty, John Haggerty, Michael Haggerty in his capacity as TC Nevada's 30(b)(6) representative, Karl Schulze, Duane Geiger, Randy Angell, Cem Yazmanoglu, Temsa's 30(b)(6) representative, Hakan Koralp, Shawn Haggerty, Steve Sacamos, and Martin Barrett.

### III. DISCOVERY NOW COMPLETED.

As discussed *supra*, the parties have completed the additional depositions which were at issue on the prior Tenth Stipulated Extension.

### IV. PROPOSED SCHEDULE

| | |
|---|---|
| Dispositive Motions | January 10, 2025 |
| Joint Pre-Trial Order | Sixty (60) days after the Court's ruling on all dispositive motions |

///

///

///

///

## V. CONCLUSION

Based upon the foregoing, the Parties respectfully request that this Court issue an Order extending the deadline for dispositive motions. This will not have a significant delay on the anticipated Joint Pretrial Order.

Dated this 26th day of Nov. 2024

McCARTER & ENGLISH, LLP

By: /s/ James E. Regan
James E. Regan, Esq. (*Pro Hac Vice*)
Thomas J. Finn, Esq. (*Pro Hac Vice*) McCarter & English, LLP
185 Asylum Street
Hartford, Connecticut 06119

Ryan M. Lower, Esq.
NV Bar No. 9108
Raleigh C. Thompson, Esq.
NV Bar No. 11296
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

Attorneys for Plaintiff

Dated this 26th day of Nov. 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Thierry Barkley
Robert R. Schumacher, Esq.
NV Bar No. 7504
Thierry V. Barkley, Esq.
NV Bar No. 724
1 E. Liberty Street, Suite 424
Reno, NV 89509

Attorney for Defendants

IT IS SO ORDERED this 27th day of November, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

ME1 50814589v.1
Eleventh Stipulation to Extend Discovery_MSJ Deadlines(95678280.3) - 11/23/2024 10:15 AM