| | |
|---|---|
| 1 | KAEMPFER CROWELL |
| 2 | Ryan M. Lower, No. 9108<br>Raleigh C. Thompson, No. 11296<br>1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135<br>Telephone: (702) 792-7000 |
| 4 | Facsimile: (702) 796-7181<br>Email: rlower@kcnvlaw.com |
| 5 | Email: rthompson@kcnvlaw.com |

McCarter & English, LLP
James E. Regan *(Pro Hac Vice)*
Gregory A. Hall *(Pro Hac Vice)*
185 Asylum Street
Hartford, CT 06119
Telephone: (860) 560-5908
Facsimile: (860) 560-5908
Email: jregan@mccarter.com
Email: grhall@mccarter.com

Attorneys for Plaintiff
TEMSA ULASIM ARACLARI
SANAYI VE TICARET A.S.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TEMSA ULASIM ARACLARI SANAYI VE TICARET A.S., | Case No. 2:18-cv-01738-APG-GWF |
| Plaintiff, | **VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| TC NEVADA, LLC, MICHAEL HAGGERTY, JOHN P. HAGGERTY, AND OLGA F. HAGGERTY, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties through their undersigned counsel hereby stipulate to dismissal of the above-captioned action, inclusive of all claims, with prejudice and without costs or fees to any party.

GORDON REES SCULLY
MANSUKHANI, LLP

/s/ Thierry V. Barkley

Robert R. Schumacher, No. 7504
Thierry V. Barkley, No. 724
1 E. Liberty Street, Suite 424
Reno, Nevada 89509

*Attorney for Defendants*

KAEMPFER CROWELL

Ryan M. Lower, No. 9108
Raleigh C. Thompson, No. 11296
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

MCCARTER & ENGLISH, LLP
Thomas J. Finn *(Pro Hac Vice)*
James E. Regan *(Pro Hac Vice)*
Gregory A. Hall *(Pro Hac Vice)*
185 Asylum Street
Hartford, CT 06119

*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: February 20, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE